IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 7:20-cr-5-BO-1

UNITED STATES OF AMERICA          )
                                  )
v.                                )          O R D E R
                                  )
MELVIN GOODWIN                    )
_____ )

This matter comes before the Court on defendant's five motions [DE 31, 32, 33, 34, 35] pertaining to the disclosure of information and production of evidence as well as defendant's unopposed motion to sequester witnesses [DE 36].

## DISCUSSION

On January 14, 2020, a grand jury indicted defendant on one count of distribution of a quantity of heroin and one count of distribution of a quantity of cocaine base. Defendant's arraignment is tentatively scheduled for the Court's April term.

On February 26, 2020, defendant filed six motions: (1) a motion for production of Rule 404(b) evidence; (2) a motion for production of *Brady* material; (3) a motion for early production of *Jencks* material; (4) a motion for early production of grand jury testimony; (5) a motion for immediate disclosure of the existence or promise of immunity, leniency, preferential treatment, or other impeachment information; and (6) a motion to sequester witnesses.

With respect to each of defendant's requests for disclosure of information or production of evidence, the government responds that it understands its disclosure obligations under the various governing authorities and that it intends to comply with those obligations.

Defendant has not made any particularized showing as to why the information must be disclosed immediately or early. Obviously, the government must comply with its disclosure

obligations, but the Court sees no reason to order immediate disclosure. Defendant's motions are therefore denied at this time. An order to sequester witnesses is typically granted at the start of a trial. *See* Fed. R. Evid. 615. Defendant should renew his motion to sequester before trial.

CONCLUSION

For the reasons stated above, defendant's motions [31, 32, 33, 34, 35, 36] are DENIED.

SO ORDERED, this ___ day of March, 2020.

_____
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE